Michael Wayne CONNOR, Plaintiff–Appellant,

v.

Michelle MITCHELL, Sheriff, Richmond City Jail, Defendant–Appellee.

No. 01–7443.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Michael Wayne Connor, pro se.

Before WIDENER, NIEMEYER and WILLIAMS, Circuit Judges.

PER CURIAM.

Michael Wayne Connor appeals the district court's order dismissing without prejudice his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. The court dismissed Connor's action because he failed to comply with the court's order directing Conner to sign and resubmit his complaint. Because Conner may proceed with this action by signing and resubmitting the complaint, the order in question is not a final, appealable order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*